UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bhawanee Persaud,	Civil 11-599 MJD/FLN

    Plaintiff,

v.	O R D E R

Michael J. Astrue, Commissioner
of Social Security,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 1, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (#18) **is GRANTED IN PART FOR REMAND AND DENIED IN PART FOR REVERSAL**;

2. The case is remanded pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of Magistrate Judge Noel;

3. Defendant's Motion for Summary Judgment (#26) **is DENIED;**

4. The case is **DISMISSED WITH PREJUDICE AND JUDGMENT BE ENTERED.**

DATED: June 22, 2012.             s/Michael J. Davis  
at Minneapolis, Minnesota      CHIEF JUDGE MICHAEL J. DAVIS  
                                         United States District Court